IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID MANN, #223653,                )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    CIVIL ACTION NO. 2:17-CV-791-WHA
                                    )
KAY IVEY, et al.,                   )
                                    )
            Defendants.             )

## ORDER

On January 22, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The plaintiff's claims seeking relief under 42 U.S.C. § 1983 for the alleged violation of his constitutional rights are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. The pendent state law claim is DISMISSED without prejudice as this court finds it inappropriate to exercise supplemental jurisdiction over this claim.

4. This case is DISMISSED prior to service of process.

DONE this 27th day of February, 2018.


            _____/s/ W. Harold Albritton_____
            SENIOR UNITED STATES DISTRICT JUDGE